IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MISC. NO. 2:20-mc-3915-ECM |
| | ) | |
| CHAVONNE MCLEOD, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR ORDER REQUIRING EXAMINATION OF JUDGMENT DEBTOR

Plaintiff, United States of America, moves the court to issue an order requiring the defendant to appear and testify at a judgment debtor examination in aid of execution under Rule 69, F.R.C.P., and in support of this Motion relies upon the affidavit annexed hereto as Exhibit A.

LOUIS V. FRANKLIN, SR.
United States Attorney

By: _____
James J. DuBois
Chief, Civil Division
GA Bar Number: 231445
Attorney for Plaintiff
Post Office Box 197
Montgomery, AL   36101-0197
Telephone No.: (334) 223-7280
Facsimile No.: (334) 223-7418
E-mail:   **james.dubois2@usdoj.gov**